No. 525. WESTERN UNION TELEGRAPH COMPANY *v.* NASHVILLE, CHATTANOOGA & ST. LOUIS RAILWAY COMPANY. Appeal from the Circuit Court of Appeals for the Fifth Circuit. Motion to dismiss or affirm submitted December 16, 1918. Decided December 23, 1918. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of (1) *a.* § 128 of the Judicial Code; *Louisville & Nashville R. R. Co.* v. *Western Union Telegraph Co.*, 237 U. S. 300; *b. Equitable Life Assurance Society* v. *Brown*, 187 U. S. 308, 314; *Deming* v. *Carlisle Packing Co.*, 226 U. S. 102; *Consolidated Turnpike Co.* v. *Norfolk &c. Ry. Co.*, 228 U. S. 596, 600. (2) *Pensacola Telegraph Co.* v. *Western Union Telegraph Co.*, 96 U. S. 1; *Western Union Telegraph Co.* v. *Ann Arbor R. R. Co.*, 178 U. S. 239; *Western Union Telegraph Co.* v. *Pennsylvania R. R. Co.*, 195 U. S. 540; *Western Union Telegraph Co.* v. *Richmond*, 224 U. S. 160; *Louisville & Nashville R. R. Co.* v. *Western Union Telegraph Co.*, 237 U. S. 300. See *Western Union Telegraph Co.* v. *Louisville and Nashville R. R. Co.*, 244 U. S. 649. See also *Western Union Telegraph Co.* v. *Louisville & Nashville R. R. Co.*, ante, 532. *Mr. William L. Clay* and *Mr. Rush Taggart* for appellant. *Mr. Henry C. Peeples* and *Mr. Claude Waller* for appellee. See *post*, 576.